UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HERBERT JOHNSON, | : | |
| Petitioner, | : | Civ. No. 15-1311 (RBK) |
| v. | : | |
| | : | **MEMORANDUM AND ORDER** |
| I.R.S, et al. | : | |
| Respondents. | : | |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. In March, 2015, this Court denied petitioner's application to proceed *in forma pauperis* without prejudice as it was incomplete and this matter was administratively terminated. Subsequently, petitioner filed a request to reopen this case. Accordingly, the Clerk will be ordered to reopen this case.

Petitioner's motion to reopen does not include either the $5.00 filing fee or an application to proceed *in forma pauperis*. Therefore, the motion to reopen will be denied.

Accordingly, IT IS this   10th   day of July,  2015,

ORDERED that the Clerk shall reopen this case so that petitioner's motion to reopen can be ruled upon; and it is further

ORDERED that petitioner's application to reopen this case (Dkt. No. 3.) is denied; and it is further

ORDERED that the Clerk re-administratively terminate this case.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge